UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Robert G. Bailey, | ) | Case No.:  0:13-cv-00196-JFA-PJG |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| Five Star Quality Care, et al. | ) | |
| | ) | |
| *Defendants.* | ) | |

Plaintiff, by and through his undersigned counsel, hereby voluntarily dismisses his claims without prejudice against Mr. Daniel Crolley pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The undersigned defendants in this matter consent to this stipulation as indicated below.  <u>This action remains against all other Defendants</u>.

RESPECTFULLY submitted this 13th day of October 2014.

                JENNY HORNE LAW FIRM, LLC

                s/ Alan W. Guffy
                **Janet T. Butcher**
                U.S. District Court #: 1629
                **Jenny A. Horne**
                U.S. District Court #: 7048
                **Alan W. Guffy**
                U.S. District Court #: 11633
                133 East 1st North Street, Ste. 5
                Summerville, SC 29483
                Telephone:  843-873-1721
                Facsimile:   843-875-4696

                **ATTORNEYS FOR PLAINTIFF**

**We Consent:**

s/ H. Bernard Tisdale
Mr. H. Bernard Tisdale, III
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
201 South College Street, Suite 2300
Charlotte, NC, 28244
*Attorney for Defendant Five Star Quality Care, Inc.*

s/ D.L. Aydlette
Mr. D.L. Aydlette, III
GIGNILLIAT SAVITZ & BETTIS, LLP
900 Elmwood Avenue, Ste. 100
Columbia, SC 29201
*Attorney for Defendant Nancy Brooks*

s/ Francis L. Bell
Mr. Francis L. Bell, Jr.
FRANCIS BELL LAW FIRM, LLC
P.O. Box 867
Lancaster, SC 29721
*Attorney for Defendant Daniel Crolley*