IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Robert G. Bailey, | ) | C/A No. 0:13-196-JFA-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Five Star Quality Care, Inc.; Nancy Brooks; Kimberly Rice, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The plaintiff, Robert G. Bailey, filed this civil action in January 2013. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) DSC. On December 4, 2014, the court conducted a telephone conference in which the dispositive motions deadline established in the court's Scheduling Order was extended until January 31, 2015. (ECF No. 81.) The parties were also advised that no further extensions would be granted. (Id.) As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **February 10, 2015** and advise the court as to whether the case is ready for trial.

**IT IS SO ORDERED.**

February 3, 2015
Columbia, South Carolina

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE