AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Robert G. Bailey | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.     0:13-cv-00196-JFA-PJG |
| Five Star Quality Care, Inc.; Nancy Brooks; | ) | |
| Derrick Defino; Kimberly Rice; Ted Turner; | ) | |
| and Danny Crolley, | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Robert G. Bailey, shall take nothing of the defendants, Derrick Defino and Ted Turner, from the complaint filed and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding, incorporating the Report and Recommendations set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which granted defendants Defino's and Turner's motion to dismiss.

Date:   February 11, 2015                                            *CLERK OF COURT*

                                                                                          s/G. Mills

                                                                          *Signature of Clerk or Deputy Clerk*